**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MICHAEL MYERS,

                              Plaintiff,                9:20-CV-0465
                                                                        (BKS/DJS)

    v.

ERICA SAXTON, *et al.*,

                              Defendants.

---

**APPEARANCES:**                                        **OF COUNSEL:**

MICHAEL MYERS
13462261604
Plaintiff, *Pro Se*
Central New York Psychiatric Center
P.O. Box 300
Marcy, New York 13403

HON. LETITIA A. JAMES                  KONSTANDINOS D. LERIS, ESQ.
New York State Attorney General      Assistant Attorney General
Attorney for Defendants
The Capitol
Albany, New York 12224

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

Presently pending with the Court is Plaintiff's Motion to Compel discovery responses. Dkt. No. 72. Defendants have responded to the Motion by stating that they have no record of receiving the discovery demands at issue prior to Plaintiff's service of

the Motion. Dkt. No. 73. Defense counsel stated that a response to the demands received with the Motion will be served within thirty days. *Id.* Given that responses have not yet been produced but will be, the Court denies the Motion as moot and directs that responses be provided to Plaintiff on or before October 18, 2021. Plaintiff may, if warranted, renew his Motion after receiving responses.

      **ACCORDINGLY**, it is hereby

      **ORDERED**, that Plaintiff's Motion to Compel (Dkt. No. 72) is **DENIED as moot**; and it is further

      **ORDERED**, that the Clerk serve a copy of this Order on the parties.

      **IT IS SO ORDERED.**

Date: September 20, 2021
       Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge