UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL MYERS,

                        Plaintiff,

v.                                                        9:20-cv-465 (BKS/DJS)

RYAN COLLINS and MICHAEL WILKINSON,

                        Defendants.
_____

**Hon. Brenda K. Sannes, Chief United States District Judge:**

# VERDICT SHEET

## Question 1

### Fourteenth Amendment – Excessive Force

Do you find that Plaintiff Michael Myers has proven by a preponderance of the evidence each and every element of his Fourteenth Amendment claim under 42 U.S.C. § 1983 for excessive force against

    Defendant Ryan Collins?        Yes_____    No__X__

    Defendant Michael Wilkinson?    Yes_____    No__X__

**If you answered Yes to one or both Defendants, proceed to Question 2. If you answered No to both Defendants, your deliberations are complete. The Foreperson should sign and date the final page of this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

## Question 2

### Fourteenth Amendment – Excessive Force – Compensatory or Nominal Damages

What amount, if any, do you award as compensatory damages in connection with Plaintiff Michael Myers's Fourteenth Amendment excessive force claim under 42 U.S.C. § 1983? If one or more of Defendants are found liable to Plaintiff in connection with his Fourteenth Amendment excessive force claim under 42 U.S.C. § 1983, the liable Defendants (if more than one) are jointly and severally liable for whatever compensatory damages you determine Plaintiff has suffered. Accordingly, you should calculate a single sum for Plaintiff's compensatory damages. (*Please Note*: If you find that Plaintiff's rights were violated but that Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$_____

**Proceed to Question 3 on the next page.**

## Question 4

### Fourteenth Amendment – Excessive Force – Punitive Damages

Do you find that Plaintiff Michael Myers is entitled to an award of punitive damages in connection with his Fourteenth Amendment claim under 42 U.S.C. § 1983 against

      Ryan Collins?     Yes _____     No __X__

      Michael Wilkinson?     Yes _____     No __X__

**Proceed to the bottom of this page.**

**The Foreperson should sign and date this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

Foreperson: ████████████████████████     Date: 9/27/23

*** NAME REDACTED